

**U.S. Department of Justice**

United States Attorney
District of Arizona

Flagstaff Branch                                Phone: (928) 556-0833
123 North San Francisco Street, Suite 410       FAX: (928) 556-0759
Flagstaff, Arizona 86001

July 20, 2005

Honorable Mark E. Aspey
United State Magistrate Judge
123 N. San Francisco Street, Suite 200
Flagstaff, Arizona 86001

    Re:    ***United States v. Jeremy Wayne Hoffman, et al.***
            (D. Ariz. CR 05-0729-PHX)

Dear Magistrate Judge Aspey:

    This case has been or may be assigned to you. We have carefully reviewed all the available records in the office, including the computer data, and determined that (choose and mark the appropriate category):

☐    CONFLICT EXISTS.

    ☐    (a)    The case or matter was in the Flagstaff office or the defendant was in a different case or matter in the Flagstaff office during the period October 1, 2000 through December 18, 2004.

    ☐    (b)    The case or matter was in the Phoenix office during the period June 1, 1980 through September 30, 2000. My review of the records indicates you had some involvement with the case or matter.

☒    CONFLICT DOES NOT EXIST.

                       Sincerely yours,

                       PAUL K. CHARLTON
                       United States Attorney
                       District of Arizona

                       Camille D. Bibles
                       Assistant United States Attorney